# Exhibit C

## Exhibit D

## COMMENCEMENT DATE AGREEMENT

THIS COMMENCEMENT DATE AGREEMENT made as of the 25th day of November, 2015, between 387 PARK SOUTH L.L.C., ("Landlord") and ARTISANAL 2015, LLC, D/B/A ARTISANAL FROMAGERIE & BISTRO ("Tenant").

## RECITALS

A. Landlord and Tenant are landlord and tenant under that certain lease dated as of October 05, 2015, (the "Lease") pursuant to which Landlord has leased certain premises more particularly described therein to Tenant (the "Premises"). (Capitalized terms not described herein are described in the Lease.)

B. The Commencement Date has occurred, the Fixed Rent Commencement Date and the Expiration Date are now known and Landlord and Tenant wish to confirm the dates.

NOW, THEREFORE, Landlord and Tenant hereby agree as follows:

1. The Commencement Date is 12/01/2015.

2. The Fixed Rent Commencement Date is 10/26/2016.

3. The Expiration Date is 09/30/2031.

4. This Commencement Date Agreement is the document that Landlord and Tenant intended to execute pursuant to the Lease.

5. Landlord and Tenant hereby ratify and confirm the terms and provisions of the Lease.

IN WITNESS WHEREOF, Landlord and Tenant have executed this instrument as of the date above written.

387 PARK SOUTH L.L.C., Landlord

By: _____

_____, Authorized Signatory

ARTISANAL 2015, LLC, D/B/A ARTISANAL FROMAGERIE & BISTRO, Tenant

By: _____

_____, Authorized Signatory