# Exhibit O



At an IAS Part 54, of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse thereof, 60 Centre Street, New York, New York on the day of June, 2017.

PRESENT

Hon. **SHIRLEY WERNER KORNREICH**
J.S.C.

J. S. C.

---

ARTISANAL 2015, LLC,

        *Plaintiff,*

-against-

387 PARK SOUTH, L.L.C.,

        *Defendant.*

---

Index No. 653238/2017

**MOTION SEQUENCE # 001**

**ORDER TO SHOW CAUSE**

Upon reading and filing the annexed affidavit of Stephanie Schulman, sworn to on the 13th day of June, 2017, the annexed affidavit of Neil Owens, sworn to on the 14th day of June 2014, the annexed affirmation of Massimo F. D'Angelo, Esq., duly affirmed the 13th day of June, 2017, the annexed emergency affirmation of Massimo F. D'Angelo, Esq., duly affirmed the 13th day of June, 2017, the exhibits annexed hereto and, upon all papers and proceedings heretofore had herein.

LET, the Defendant, 387 Park South, L.L.C., or its counsel, show cause before this Court at an IAS Part 54, to be held in and for the County of New York, to be held at the Courthouse,

[371514/1]
Order to Show Cause
Page 1

Room ___, 60 Center Street, New York, New York, on the 26 day of June 2017 at 11 am/pm in the forenoon/afternoon of that day, or as soon thereafter as counsel can be heard, why an Order should not be made and entered herein:

(i) Staying and tolling the expiration of the curative period set forth in a certain "Notice to Cure," which notice is dated May 9, 2017 (hereinafter the "Notice"), and which cure period was subsequently was extended further by and between counsel for the parties for the premises known as 387 Park Avenue South, New York, NY, 10016, (hereinafter the "Premises"), as more particularly described in the parties' lease agreement;

(ii) Temporarily, preliminarily and permanently enjoining and restraining the Defendant (and all persons known and unknown acting on its behalf, or in concert with it), in any manner or by any means, from taking any action, including, but not limited to, the commencement of legal proceedings to terminate the Plaintiff's lease agreement (or otherwise interfering with Plaintiff's right and interests) in the Premises;

(iii) Adjudging and declaring that any and all defaults of the Lease by the Plaintiff have already been cured by the Plaintiff to the extent purportedly required by the Notice;

(v) Vacating, annulling and striking Defendant's Notice in its entirety; and

(vi) Together with such other and further relief as to the Court seems just and proper in the premises.

Sufficient cause therefore being alleged, it is

ORDERED, that pending the hearing of this ~~motion~~ Order to show cause, Defendant, their agents, servants, employees, contractors, and anyone else acting under them or on their behalf, are hereby enjoined and restrained from further attempts to evict Plaintiff based upon the May 9/2017 Notice and the cure period; ~~and it is further~~

ORDERED that pending the ~~hearing~~ Order to show cause of this ~~motion~~, the cure period under the aforesaid Notice is deemed tolled; and it is further

| TRO | |
|---|---|
| Granted | [signature] JSC |
| Denied | JSC |

[371514/1]

Order to Show Cause
Page 2

*motion accepted up ~~Ord~~*

ORDERED, that service of a copy of this Order to Show Cause and supporting papers upon Defendant's Counsel, Newman Ferrara, LLP, 1250 Broadway, 27th Floor, New York, NY, 10001, by nationally recognized overnight courier on or before June ___, 2017, be deemed good and sufficient service; and it is further

ORDERED, that answering papers to the within motion, if any, shall be ~~served~~ *filed* ~~upon Plaintiff's attorneys, by hand delivery,~~ no later than July 31 ~~June 26~~, 2017, ~~and that reply papers thereto be served upon Defendant's attorneys, by hand delivery, no later than June ___, 2017~~

*OK-12 11:00 am*

ENTER:

6/14/17

_____
J.S.C.

SHIRLEY WERNER KORNREICH
J.S.C.

~~ORAL ARGUMENT DIRECTED~~
J.S.C.

SHIRLEY WERNER KORNREICH
J.S.C.