# Exhibit S

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

ARTISANAL 2015, LLC,

                                                    Plaintiff,

              -against-

387 PARK SOUTH L.L.C.,

                                                    Defendant.

---

Index No.: 653238/2017

**AFFIDAVIT OF**
**MICHAEL GARCIA**

Hon. Shirley Werner
Kornreich, J.S.C.

---

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

MICHAEL GARCIA, being duly sworn deposes and states:

1.     I am Director of Retail Management for TF Cornerstone Inc., the property manager for defendant 387 Park South L.L.C. ("Landlord" or "Defendant").[1]

2.     It has come to my attention that Plaintiff submitted the Purported Rent Letter (which seemingly contains an electronic image of my signature and bears Landlord's letterhead) to an entity known as Palisades Dealer Funding LLC (i.e., Palisades).[2]

3.     I have reviewed the Purported Rent Letter (which is annexed as Exhibit ZZ).

4.     I neither prepared nor signed the Purported Rent Letter.

5.     I can also confirm that I never authorized Plaintiff, Mr. Drory or anyone else to affix my signature (written, electronic or otherwise) to the Purported Rent Letter.

6.     Additionally, Landlord did not issue the Purported Rent Letter to Palisades, Plaintiff, Mr. Drory, and/or any other person or party.

---

[1] Unless otherwise indicated, all capitalized terms and/or exhibit references shall have the meanings set forth in the accompanying affirmation of Lucas A. Ferrara (the "Ferrara Affirmation").

1

7. Based upon the foregoing, I can only surmise that the Purported Rent Letter is a forgery.

_____
MICHAEL GARCIA

Sworn to before me this
3rd day of August, 2017

_____
Notary Public

Maleshri Mandavia
Notary Public, State of New York
Reg. No. 01MA6214176
Qualified in Queens County
Certificate Filed in New York County
Commission Expires November 30, 2017

2