# Exhibit A

# NOTICE OF MECHANIC'S LIEN LAW

To the Clerk of the County of New York    and all others whom it may concern:

## Please Take Notice, that *AC Penguin Prestige Corp*.

As lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1) The names and residences for the lienor(s) are    **AC Penguin Prestige Corp.**
**681 East 136th Street**
**Bronx NY 10454**

Being a Corporation duly organized and existing under and by virtue of the laws of the State of New York

Whose business Address is at : *681 East 136th Street, Bronx NY 10454*
And whose principal place of business is at *681 East 136th Street, Bronx NY 10454*

(1a)   The name and address of the lienor's attorney, if any: *NA*

(2)    The owner of the real property is *387 Park South LLC*.
and the interest of the owner as far as known to the lienor(s) is *Fee Simple*

Block 883

(3) The Name of the person by whom the lienor(s) was/were employed is *2015 Artisinal LLC*
The Name of the person to whom the lienor(s) furnished or is/are to furnish materials of for whom The lienor(s) performed or is/are to perform professional service is *2015 Artisinal LLC*

Lot 1

The name of the person with whom the contact was made is *2015 Artisinal LLC*
The name of the for whom professional services was rendered is *NA*

(4) The labor performed and    *Supplied Labor and Materials to Fabricate HVAC*
Material furnished were    *Ductwork that was Installed in Building*

The materials actually manufactured for but not delivered to the real property are *NA*

The agreed price and value of the labor
Performed and value of the material furnished is    $220,500.00
The agreed price and value of the material actually mfd. for but not delivered to the real prop is    *NA*
Total agreed price and value *$220,500.00*

(5) The amount unpaid to the lienor(s) for said labor
performed and said material furnished is    $220,500.00
The amount unpaid to lienor(s) for material actually mfd. for but not delivered to the real prop. Is    *NA*
Total amount unpaid    *$220,500.00*
The total amount claimed for which this lien is filed is    $220,500.00

(6) The time when the first item of work was performed was    *5/04/2017*
The time when the first item of material was furnished was    *5/04/2017*
The time when the last item of work was performed was    *7/21/2017*
The time when the last item of material was furnished was    *7/21/2017*

(7) The property subject to the lien is situated in *New York, County of New York, State of New York*

**KNOWN AS:**   *387 Park Avenue South, New York NY 10016*

That Said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property herein before described. That 8 months (4 months if a single family dwelling) have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which the lien is claimed.

Dated 11 September 2017

the name signed must be printed beneath
Addison LeMay, Agent for AC Penguin Prestige Corp