ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Proposed Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **ARTISANAL 2015, LLC,** | Case No: 17-12319-jlg |
| Debtor. | |

-----------------------------------------------------------X

## DECLARATION OF STEPHANIE SCHULMAN

**Stephanie Schulman,** hereby declares the following to be true under penalty of perjury:

1)     I paid to **Robinson Brog Leinwand Greene Genovese & Gluck P.C.** ("Robinson Brog") a post-petition payment of $19,700, on behalf of Artisanal 2015, LLC (the "Debtor"), in connection with Robinson Brog's representation of the Debtor in this bankruptcy case and for certain pre-petition fees incurred by Robinson Brog.

2)     This declaration is submitted in support of the Debtor's Application for Authorization to Retain Counsel (the "Retention Application"). Pursuant to the Retention Application, the Debtor seeks to retain Robinson Brog to represent it as its bankruptcy counsel.

3)     I am scheduled as an unsecured creditor in the amount of $4,500,000.

4)     Robinson Brog advised me, and I understand that Robinson Brog will act only as counsel to the Debtor during the bankruptcy case. Robinson Brog further advised that if any issues affecting me arise during the pendency of this case, I will be required to retain

{00885826.DOC;1}

independent legal counsel. I am aware that Robinson Brog has a fiduciary duty to the Debtor and not to me. To the extent that I may require any advice or representation regarding the Debtor's bankruptcy case, I will retain separate counsel.

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

                                                    /s/ Stephanie Schulman
                                                    **Stephanie Schulman**