ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
Steven B. Eichel
*Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

In re:                                               Chapter 11

**ARTISANAL 2015, LLC,**                             Case No: 17-12319-jlg

                        Debtor.
-------------------------------------------------------X

**DECLARATION OF SARID DRORY IN SUPPORT OF DEBTOR'S MOTION**
**OBJECTING TO AC PENGUIN PRESTIGE CORP.'S MECHANIC'S LIEN**

SARID DRORY, does hereby affirm the following under penalties of perjury:

1. I am the Managing Member of Artisanal 2015, LLC (the "Debtor"). I am also a member of 2015 Artisanal, LLC and Two Thousand Fifteen Artisanal LLC, affiliates of the Debtor.

2. I am submit this declaration ("Declaration") in support of Debtor's Motion Objecting to AC Penguin Prestige Corp.'s Mechanic's Lien (the "Motion")

3. Except as otherwise set forth herein, the facts set forth in this Declaration are based on my personal knowledge and my review of the relevant documents.

4. I have reviewed the attached Stipulation, Settlement and Release (the "Stipulation") and I did not execute the Stipulation on behalf of Two Thousand Fifteen Artisanal LLC or 2015 Artisanal Holdings, LLC. I also did not execute the Stipulation as "Sari Drory" and gurantor.

I declare under penalty of perjury that the foregoing, and in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on November 3, 2017

_____
SARID DRORY