ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
Steven B. Eichel
*Proposed Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                    Chapter 11

**ARTISANAL 2015, LLC,**                                     Case No: 17-12319-jlg

                              Debtor.
------------------------------------------------------------X

### DECLARATION OF STEPHANIE SCHULMAN IN SUPPORT OF DEBTOR'S MOTION OBJECTING TO AC PENGUIN PRESTIGE CORP.'S MECHANIC'S LIEN

STEPHANIE SCHULMAN, does hereby affirm the following under penalties of perjury:

1. I am a member of Artisanal 2015, LLC (the "Debtor"). I am also a member of Two Thousand Fifteen Artisanal LLC, affiliate of the Debtor.

2. I submit this declaration ("Declaration") in support of Debtor's Motion Objecting to AC Penguin Prestige Corp.'s Mechanic's Lien (the "Motion")

3. Except as otherwise set forth herein, the facts set forth in this Declaration are based on my personal knowledge and my review of the relevant documents.

4. I have reviewed the attached Stipulation, Settlement and Release (the "Stipulation") and I did not execute the Stipulation as guarantor.

{00894875.DOCX;1 }

I declare under penalty of perjury that the foregoing, and in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on November 3, 2017

*Stephanie Schulman*
STEPHANIE SCHULMAN